**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew | Gordon | Hamilton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Briana | Lynn | Hamilton |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number   2:18-bk-56656
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Beach Quarters<br><br>Description of property securing debt: Timeshare | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: CarMax Auto Finance<br><br>Description of property securing debt: 2015 Subaru Outback | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: Orange Lake Resorts<br><br>Description of property: Timeshare | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Matthew Gordon Hamilton | | |
|---|---|---|---|
| Debtor 2 | Briana Lynn Hamilton | Case number (*if known*) | 2:18-bk-56656 |

securing debt:

| Creditor's name: | Park National Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2013 Toyota Tacoma | | |

| Creditor's name: | Sheffield Financial | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2014 Kawasaki Dirtbike | | |

| Creditor's name: | Sheffield Financial | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2018 Aluminum Trailer Co Trailer | | |

| Creditor's name: | TEG Federal Credit Union | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2015 Ford Transit | | |

| Creditor's name: | The Community Loan Co | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | Woodburner | | |

| Creditor's name: | USAA Federal Savings Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 24076 Beach Rd Glouster, OH 45732 | | |

| Creditor's | Yamaha Motor Finance | ■ Surrender the property. | ■ No |
|---|---|---|---|

Debtor 1   Matthew Gordon Hamilton
Debtor 2   Briana Lynn Hamilton                                                    Case number (*if known*)   2:18-bk-56656

| name: | ☐ Retain the property and redeem it. | ☐ Yes |

Description of property securing debt:   2017 Yamaha 85cc Dirtbike

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Briana Lynn Hamilton, as attorney-in-fact for Matthew Gordon Hamilton
Matthew Gordon Hamilton
Signature of Debtor 1

Date   October 24, 2018

X  /s/ Briana Lynn Hamilton
Briana Lynn Hamilton
Signature of Debtor 2

Date   October 24, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **Statement of Intention** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on **October 24, 2018** addressed to:

Matthew Hamilton
7772 G Montgomery St
Fort Knox  KY  40121

Briana Hamilton
9076 Salem Hollow Rd
New Straitsville  OH  43766

Beach Quarters
Diamond Resorts Financial Services Inc
PO Box 60480
Los Angeles  CA  90060-0480

CarMax Auto Finance
Attn: Chief Financial Officer
PO Box 440609
Kennesaw  GA  30160-9511

Orange Lake Resorts
Attn: Chief Financial Officer
8505 W Irlo Brownson Memorial Hwy
Kissimmee  FL  34747

Park National Bank
Attn: Chief Financial Officer
PO Box 3500
Newark  OH  43058-3500

Sheffield Financial
Attn: Chief Financial Officer
6010 Golding Center Dr
Winston Salem  NC  27103-9815

TEG Federal Credit Union
Attn: Chief Financial Officer
1 Commerce St
Poughkeepsie  NY  12603

The Community Loan Co
Attn: Chief Financial Officer
2919 Maysville Pike
Zanesville  OH  43701

USAA Federal Savings Bank
Attn: Chief Financial Officer
PO Box 619094
Dallas  TX  75261-9741

Yamaha Motor Finance
Attn: Chief Financial Officer
PO Box 84240
Sioux Falls  SD  57118

 

   /s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Ohio  43701
Telephone:  (740) 452-8439
Facsimile:  (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors